Joseph PENDEL, Plaintiff–Appellant,

v.

Miles LONG, Warden; Wells, Lt.; Riley, Lt.; Leon Smith; Tim Filson; Fredenburg; Green; Thibadeux; Jason Malloy, Defendants–Appellees.

No. 00–15780.

D.C. No. CV–98–1669–JBR.

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2001.[1]

Decided March 26, 2001.

Before WALLACE, SILVERMAN, and W. FLETCHER, Circuit Judges.

MEMORANDUM [2]

Joseph Pendel, a Nevada state prisoner, appeals pro se the district court's judgment in favor of prison officials in his 42 U.S.C. § 1983 action alleging excessive force and verbal harassment in violation of the Eighth Amendment. We have jurisdiction pursuant to 28 U.S.C. § 1291.

We affirm the district court's rulings on the motions appealed and the judgment for the reasons stated in the district court's March 24, 2000 order.

AFFIRMED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.